**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6103**

———————

ANDRIS WRIGHT,

                Petitioner - Appellant,

        v.

GLENN STONE,

                Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Henry M. Herlong, Jr., Senior
District Judge.  (3:09-cv-00379-HMH)

———————

Submitted:  April 22, 2010          Decided:  April 28, 2010

———————

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Andris Wright, Appellant Pro Se.  James Anthony Mabry, Assistant
Attorney General, Donald John Zelenka, Deputy Assistant Attorney
General, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andris Wright seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Wright has not made the requisite showing.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

---

[*] To the extent that Wright seeks to raise issues here not first presented to the district court, we decline to consider such issues. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).

2

before the court and argument would not aid the decisional process.

DISMISSED